IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STINSON                          )
                                 )
                                 )
                                 )
        Plaintiff(s)             )
    v.                           )      Civil Action No.  2:19-cv-00090
                                 )
                                 )
ALLEGHENY COUNTY et al           )
                                 )
        Defendant(s)             )

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  October 28, 2019 .

The case (please check one):

  X has resolved
  _____has resolved in part (see below)
  _____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within
_____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the
claim(s)/parties that remain.

_____

_____

_____

Dated:  October 29, 2019          /s Kenneth J. Benson
                                  _____
                                  Signature of Neutral

Rev. 09/11