IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA STINSON, | : |
| | : C.A. No. 2:19-cv-90 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ALLEGHENY COUNTY, | : |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## STIPULATION FOR DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(A)(ii) the parties do hereby stipulate that this action is dismissed with prejudice as to Defendant Allegheny County.

Respectfully Submitted,

/s/ Edward A. Olds
Edward A. Olds, Esquire
PA I.D. No. 23601
/s/ Jaimie L. George
Jaimie L. George, Esquire
Pa I.D. No. 309368
Olds George Law LLC
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
*Counsel for the Plaintiff*

/s/ Virginia Spencer Scott
Virginia Spencer Scott
Pa I.D. No. 61647
/s/ Frances Liebenguth
Frances Liebenguth
Pa. I.D. No. 314845
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Blvd.
Pittsburgh, PA 15219
*Counsel for Defendants*

It is so Ordered, on this 12th day of March, 2020

*Marilyn J. Horan*
District Court Judge